FILED
September 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003800935

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for the Debtor(s)
ANNAMARIE STARR SAFA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re

ANNAMARIE STARR SAFA
XXX-XX-4862

Debtor(s).

Case No.: 11-42861-A-7

Chapter 7

DC No.: SNM-1

**MOTION FOR AN ORDER APPROVING ABANDONMENT OF BADA BING SALON (A SOLE PROPRIETORSHIP)**

Date: October 24, 2011
Time: 10:00 a.m.
Courtroom: 28, 7th Floor
Judge: Michael S. McManus

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Annamarie Starr Safa respectfully represents:

1. Movant filed a voluntary petition for relief under Title 11 of the United States Code on September 22, 2011.

2. At the time of the entry of the order for relief debtor was in possession of the following described property: Bada Bing Salon (a sole proprietorship), located at 321 First St, Benicia, CA 94510, consisting of personal property described on Schedule B and as more particularly described on debtor's declaration filed herewith.

3. The property so described is claimed as exempt by the debtor under CCP § 703.140(b)(6) and CCP § 703.140(b)(5), and no administration by the trustee is contemplated.

1

4. Movant desires to continue to operate said business during the pending of the bankruptcy proceeding, and requires an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.


Dated: September 29, 2011           /s/ Stephen Murphy
                                              STEPHEN MURPHY
                                              Attorney for Debtor(s)